**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | EURO CONSTRUCTION, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-1827152 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>3365 West Craig Road, Suite 25<br>North Las Vegas, NV 89032<br>Number, Street, City, State & ZIP Code<br><br>Clark<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>3365 West Craig Road North Las Vegas, NV 89032<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    EURO CONSTRUCTION, LLC

Case number (*if known*)

Name

| | |
|---|---|
| **7.** | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

| | |
|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** |

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. Check **all** that apply:

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☒ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. |

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

| | |
|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** |

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

Debtor　EURO CONSTRUCTION, LLC _____　Case number (*if known*) _____

　　　　Name

**11. Why is the case filed in this district?**　　*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.　Insurance agency _____

　　　　Contact name _____

　　　　Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**　.　*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    EURO CONSTRUCTION, LLC                                    Case number (*if known*) _____
          _____
          Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on      January 28, 2025
                 _____
                 MM / DD / YYYY

**X** /s/  Arturo Tapia Ramirez                              Arturo Tapia Ramirez
_____              _____
Signature of authorized representative of debtor        Printed name

Title   Managing Member
        _____

---

**18. Signature of attorney**     **X** /s/ Marjorie Guymon                     Date   January 28, 2025
                                  _____            _____
                                  Signature of attorney for debtor                  MM / DD / YYYY

                                  Marjorie Guymon
                                  _____
                                  Printed name

                                  Goldsmith & Guymon, PC
                                  _____
                                  Firm name

                                  2055 Village Center Circle
                                  Las Vegas, NV 89134-6251
                                  _____
                                  Number, Street, City, State & ZIP Code

                                  Contact phone   (702) 873-9500      Email address   info@goldguylaw.com
                                                  _____                _____

                                  4983 NV
                                  _____
                                  Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    EURO CONSTRUCTION, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___January 28, 2025___    **X** /s/   Arturo Tapia Ramirez
                                                          Signature of individual signing on behalf of debtor

                                                          Arturo Tapia Ramirez
                                                          Printed name

                                                          Managing Member
                                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    EURO CONSTRUCTION, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bonnie S. Shemp c/o Kirk N. Walker, Esq. 400 South 4th Street, Suite 500 Las Vegas, NV 89101 | | lawsuit | Contingent Unliquidated Disputed | | | $0.00 |
| CEMEX 2051 Royal Ave. Simi Valley, CA 93065 | | | | | | $15,588.03 |
| Conceptos Concrete, Inc. c/o Leonard T. Fink, Esq. 9075 W. Diablo Drive, Suite 302 Las Vegas, NV 89148 | | lawsuit | Contingent Unliquidated Disputed | | | $0.00 |
| Desert Springs Pools & Spas, Inc. c/o Matthew D. Peterdy, Esq. 600 S. Las Vegas Blvd., Suite 400 Las Vegas, NV 89101 | | lawsuit | Contingent Unliquidated Disputed | | | $0.00 |
| Empire Southwest, LLC P.O. Box 842381 Los Angeles, CA 90084 | | Air Compressor - 185 CFM-Towable - XAS188 (3) (Lease) | | $17,569.52 | $10,000.00 | $7,569.52 |
| Enterprise Rent-A-Car P.O. Box 801988 Kansas City, MO 64180 | | | Contingent Unliquidated Disputed | | | $6,959.32 |
| GMC Financial Leasing P.O. Box 100 Buffalo, NY 14231 | | Surrendered auto lease | | | | $3,609.01 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor  EURO CONSTRUCTION, LLC
      Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service Attn: Bankruptcy Department Stop 5028 110 City Parkway Las Vegas, NV 89101 | | Payroll Taxes | | | | Unknown |
| Lowe's 6050 West Craig Road Las Vegas, NV 89130 | | | | | | $2,757.84 |
| McKenzie Capital 3390 Mary Street, Suite 310 Miami, FL 33133 | | | | | | $151,387.92 |
| Nevada Department of Taxation Bankruptcy Section 700 E. Warm Springs Rd. Ste 200 Las Vegas, NV 89119 | | Sales Tax | | | | Unknown |
| Regus 3960 Howard Hughes Parkway, Suite 500 Las Vegas, NV 89169 | | Office lease | | | | $2,502.08 |
| Robertson's P.O. Box 3600 Corona, CA 92878 | | | | | | $3,893.27 |
| SCP P.O. Box 60130 City of Industry, CA 91716 | | | | | | $20,882.71 |
| Sierra Ready Mix 4150 Smiley Rd. North Las Vegas, NV 89081 | | | | | | $18,305.34 |
| State Farm PO Box 106171 Atlanta, GA 30348-6171 | | law suit | Contingent Unliquidated Disputed | | | $0.00 |
| Summit Funding Group P.O. Box 402 Middletown, OH 45042 | | | | $65,000.00 | $0.00 | $65,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    EURO CONSTRUCTION, LLC
_____    Case number *(if known)*    _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| US Small Business Administration 10737 Gateway West, #300 El Paso, TX 79935 | | Cash Bank of America Project Balances Desks (5), Computers (6), Printers (2), Copy Machines (2), Tables (2), Laptops (2), Cell phones (6), Bookcases (2), TVs (3), Security Cameras (2) | | $445,100.00 | $114,897.70 | $330,202.30 |
| Vegas Stone Brokers LLC 8801 South Vegas Blvd. Las Vegas, NV 89123 | | | | | | $11,051.15 |

**Fill in this information to identify the case:**

Debtor name    EURO CONSTRUCTION, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................    $         0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................    $     445,397.70

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................    $     445,397.70

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     698,458.28

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     257,820.02

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$     236,936.67

4.  **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b    $     1,193,214.97

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    EURO CONSTRUCTION, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $500.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking | | $9,416.61 |
| 3.2. | Wells Fargo Bank | | 9731 | $0.00 |
| 3.3. | Wells Fargo Bank | | 0393 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $9,916.61 |

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

Debtor    EURO CONSTRUCTION, LLC
_____    Case number *(If known)* _____
Name

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

**11.    Accounts receivable**

11a. 90 days old or less: _____64,981.09 - _____0.00 = .... _____$64,981.09
face amount              doubtful or uncollectible accounts

**12.    Total of Part 3.**
Current value on lines 11a + 11b = line 12.   Copy the total to line 82. | $64,981.09 |

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Desks (5), Computers (6), Printers (2), Copy Machines (2), Tables (2), Laptops (2), Cell phones (6), Bookcases (2), TVs (3), Security Cameras (2) | $0.00 | | $40,000.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86. | $40,000.00 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    EURO CONSTRUCTION, LLC _____    Case number *(If known)* _____
Name

☒ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2005 Ford F450 | $0.00 | Comparable sale | $14,000.00 |
| 47.2.  1999 Freightliner | $0.00 | Comparable sale | $8,000.00 |
| 47.3.  1996 Chevy Kodak (plaster truck) | $0.00 | Comparable sale | $4,500.00 |
| 47.4.  2004 GMC C7C042 | $0.00 | Comparable sale | $16,000.00 |
| 47.5.  2001 Air Compressor (Kaiser) | $0.00 | | $7,000.00 |
| 47.6.  Plaster Pump Combo | $0.00 | Comparable sale | $21,000.00 |
| 47.7.  2016 Trailer Big Utility | $0.00 | Comparable sale | $9,000.00 |
| 47.8.  2019 Ford F-150 4WD | $0.00 | | $28,000.00 |
| 47.9.  2021 Ram 2500 Crew Cab | $0.00 | | $35,000.00 |
| 47.10.  Mini Excavator E20 | $0.00 | | $18,000.00 |
| 47.11.  Breaker N B140 | $0.00 | | $8,000.00 |
| 47.12.  Skid Steer Loaders S70 | $0.00 | | $15,000.00 |
| 47.13.  Hydraulic Excavator Caterpillar 301.7-05 CR | $0.00 | | $35,000.00 |
| 47.14.  Bobcat S70 | $0.00 | | $16,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    EURO CONSTRUCTION, LLC                                Case number *(If known)*
              Name

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
         floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
         machinery and equipment)**

| | | | |
|---|---|---|---|
| 2021 Reinert Pump XR Single Axle | $0.00 | | $70,000.00 |
| 2018 Air Compressor Allmand Model MA-185 (2) | $0.00 | | $16,000.00 |
| Air Compressor - 185 CFM-Towable - XAS188 (3) (Lease) | $0.00 | | $10,000.00 |

51.    **Total of Part 8.**                                              $330,500.00

         Add lines 47 through 50.   Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
         ☒ No
         ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
         ☒ No
         ☐ Yes

**Part 9:        Real property**

54. **Does the debtor own or lease any real property?**

         ☒ No.   Go to Part 10.
         ☐ Yes Fill in the information below.

**Part 10:       Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

         ☒ No.   Go to Part 11.
         ☐ Yes Fill in the information below.

**Part 11:       All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
         Include all interests in executory contracts and unexpired leases not previously reported on this form.

         ☒ No.   Go to Part 12.
         ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    EURO CONSTRUCTION, LLC
       Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,916.61 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $64,981.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $40,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $330,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $445,397.70 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $445,397.70 |

**Fill in this information to identify the case:**

Debtor name ___EURO CONSTRUCTION, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF NEVADA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

| | | |
|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |

**2.1** Caterpillar Financial Services

Creditor's Name

2120 West End Ave. P.O. Box 340001
Nashville, TN 37203

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Hydraulic Excavator Caterpillar 301.7-05 CR

**Describe the lien**
Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $19,996.40     Column B: $35,000.00

**2.2** Chrysler Capital

Creditor's Name

P.O. Box 660335
Dallas, TX 75266

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
7202

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2021 Ram 2500 Crew Cab

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $32,755.44     Column B: $35,000.00

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | EURO CONSTRUCTION, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3** Empire Southwest, LLC

Creditor's Name

P.O. Box 842381
Los Angeles, CA 90084

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
2032

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Air Compressor - 185 CFM-Towable - XAS188 (3) (Lease)

**Describe the lien**
Lease

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,569.52    $10,000.00

---

**2.4** Summit Funding Group

Creditor's Name

P.O. Box 402
Middletown, OH 45042

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
4001

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2018 Air Compressor Allmand Model MA-185 (2)

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,000.00    $16,000.00

---

**2.5** Summit Funding Group

Creditor's Name

P.O. Box 402
Middletown, OH 45042

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
4002

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor,

**Describe debtor's property that is subject to a lien**
2021 Reinert Pump XR Single Axle

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

$70,000.00    $70,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 5

Debtor  EURO CONSTRUCTION, LLC
       Name

Case number (if known) _____

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.6 | Summit Funding Group | Describe debtor's property that is subject to a lien | $65,000.00 | $0.00 |

Creditor's Name

P.O. Box 402
Middletown, OH 45042
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number** 7001

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Summit Funding Group | Describe debtor's property that is subject to a lien | $16,000.00 | $16,000.00 |

Creditor's Name

Bobcat S70

P.O. Box 402
Middletown, OH 45042
Creditor's mailing address

**Describe the lien**
UCC

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number** 7002

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | TD Auto Finance | Describe debtor's property that is subject to a lien | $19,579.74 | $28,000.00 |

Creditor's Name

2019 Ford F-150 4WD

P.O. Box 100295
Columbia, SC 29202
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number** 0850

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    EURO CONSTRUCTION, LLC _____    Case number (if known) _____
     Name

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | US Small Business Administration | | $445,100.00 | $114,897.70 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Cash; Bank of America; Project Balances; Desks (5), Computers (6), Printers (2), Copy Machines (2), Tables (2), Laptops (2), Cell phones (6), Bookcases (2), TVs (3), Security Cameras (2)

10737 Gateway West, #300
El Paso, TX 79935

Creditor's mailing address

**Describe the lien**
All property and rights to property
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
6/24/2020
**Last 4 digits of account number**
8010

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | Wells Fargo Vendor Financial Services | | $2,593.41 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Skid Steer Loaders S70

P.O. Box 105743
Atlanta, GA 30348

Creditor's mailing address

**Describe the lien**
Lease
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2020
**Last 4 digits of account number**
9000

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | Wells Fargo Vendor Financial Services | | $1,863.77 | $26,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Mini Excavator E20; Breaker N B140

P.O. Box 105743
Atlanta, GA 30348

Creditor's mailing address

**Describe the lien**
Lease
**Is the creditor an insider or related party?**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    

Debtor    EURO CONSTRUCTION, LLC

Case number (if known) _____

Name

_____

Creditor's email address, if known

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
9001

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $698,458.28

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Amanda M. Perach, Esq.<br>McDonald Carano LLP<br>2300 W. Sahara Ave. #1200<br><br>Las Vegas, NV 89102 | Line  2.4 | |
| Amanda Perach, Esq<br>McDonald Carano LLP<br>2300 W. Sahara Ave. #1200<br>Las Vegas, NV 89102 | Line  2.7 | |
| Amanda Perach, Esq.<br>McDonald Carano LLP<br>2300 W. Sahara Ave. #1200<br>Las Vegas, NV 89102 | Line  2.5 | |
| Amanda Perach, Esq.<br>McDonald Carano LLP<br>2300 W. Sahara Ave. #1200<br>Las Vegas, NV 89102 | Line  2.6 | |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 5 of 5

**Fill in this information to identify the case:**

Debtor name __EURO CONSTRUCTION, LLC__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:      List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>Attn: Bankruptcy Department<br>Stop 5028<br>110 City Parkway<br>Las Vegas, NV 89101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $234,690.19 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2022-2023 | Basis for the claim:<br>Payroll Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>Nevada Department of Taxation<br>Bankruptcy Section<br>700 E. Warm Springs Rd. Ste 200<br>Las Vegas, NV 89119 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $23,129.83 | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2024 | Basis for the claim:<br>Sales Tax | | |
| | Last 4 digits of account number __7050__<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

**Part 2:      List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>Bonnie S. Shemp<br>c/o Kirk N. Walker, Esq.<br>400 South 4th Street, Suite 500<br>Las Vegas, NV 89101 | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | Unknown |
|---|---|---|---|
| | Date(s) debt was incurred __2024__<br>Last 4 digits of account number __0092__ | Basis for the claim: __lawsuit__<br>Is the claim subject to offset? ☐ No   ☒ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    EURO CONSTRUCTION, LLC
     Name

Case number (if known)

---

**3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,588.03

CEMEX
2051 Royal Ave.
Simi Valley, CA 93065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _6071_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Conceptos Concrete, Inc.
c/o Leonard T. Fink, Esq.
9075 W. Diablo Drive, Suite 302
Las Vegas, NV 89148

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _lawsuit_

**Last 4 digits of account number** _0092_

Is the claim subject to offset? ☐ No ☒ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown

Desert Springs Pools & Spas, Inc.
c/o Matthew D. Peterdy, Esq.
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _lawsuit_

**Last 4 digits of account number** _0092_

Is the claim subject to offset? ☐ No ☒ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,959.32

Enterprise Rent-A-Car
P.O. Box 801988
Kansas City, MO 64180

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _5578_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,609.01

GMC Financial Leasing
P.O. Box 100
Buffalo, NY 14231

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Surrendered auto lease_

**Last 4 digits of account number** _0537_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,757.84

Lowe's
6050 West Craig Road
Las Vegas, NV 89130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $151,387.92

McKenzie Capital
3390 Mary Street, Suite 310
Miami, FL 33133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _3119_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,502.08

Regus
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Office lease_

**Last 4 digits of account number** _7227_

Is the claim subject to offset? ☒ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | EURO CONSTRUCTION, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,893.27 |
|---|---|---|---|

Robertson's
P.O. Box 3600
Corona, CA 92878

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 8983

Is the claim subject to offset? ☒ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,882.71 |
|---|---|---|---|

SCP
P.O. Box 60130
City of Industry, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 2589

Is the claim subject to offset? ☒ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,305.34 |
|---|---|---|---|

Sierra Ready Mix
4150 Smiley Rd.
North Las Vegas, NV 89081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 0201

Is the claim subject to offset? ☒ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

State Farm
PO Box 106171
Atlanta, GA 30348-6171

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** law suit

**Last 4 digits of account number** 795V

Is the claim subject to offset? ☒ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,051.15 |
|---|---|---|---|

Vegas Stone Brokers LLC
8801 South Vegas Blvd.
Las Vegas, NV 89123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** OOLS

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 257,820.02 |
| 5b. Total claims from Part 2 | 5b. + | $ | 236,936.67 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 494,756.69 |

**Fill in this information to identify the case:**

Debtor name __EURO CONSTRUCTION, LLC__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease of premises | |
| | State the term remaining | March 31, 2025 | |
| | List the contract number of any government contract | | Cardona & Cardona, LLC<br>1565 W Brooks Ave<br>North Las Vegas, NV 89032 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Air Compressor 185 CFM-Towable - XAS188 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Empire Southwest LLC<br>PO Box 842381<br>Los Angeles, CA 90084-2381 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Office lease | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Regus<br>3960 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Leased Skid Steer Loaders S70 | |
| | State the term remaining | 36 month term expired 9/2023 | |
| | List the contract number of any government contract | | Wells Fargo Vendor Financial Services<br>P.O. Box 105743<br>Atlanta, GA 30348 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1  EURO CONSTRUCTION, LLC                                           Case number *(if known)*  _____
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | 2020 Bobcat Mini Excavator - compact & 2020 Bobcat Breaker | |
|---|---|---|---|
| | State the term remaining | 36 month lease expired 10/2023 | Wells Fargo Vendor Financial Services |
| | List the contract number of any government contract | | P.O. Box 105743 Atlanta, GA 30348 |

**Fill in this information to identify the case:**

Debtor name __EURO CONSTRUCTION, LLC__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | Arturo Tapia Ramirez | | Sierra Ready Mix | ☐ D _____<br>☒ E/F ___3.12___<br>☐ G _____ |
| 2.2 | Luis Roberto Basich | 10152 Springside St.<br>Las Vegas, NV 89178 | Sierra Ready Mix | ☐ D _____<br>☒ E/F ___3.12___<br>☐ G _____ |
| 2.3 | Luis Roberto Basich | 10152 Springside St.<br>Las Vegas, NV 89178 | Summit Funding Group | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Luis Roberto Basich | 10152 Springside St.<br>Las Vegas, NV 89178 | Summit Funding Group | ☒ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Luis Roberto Basich | 10152 Springside<br>Las Vegas, NV 89178 | Summit Funding Group | ☒ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Luis Roberto Basich | 10152 Springside St.<br>Las Vegas, NV 89178 | Summit Funding Group | ☒ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    EURO CONSTRUCTION, LLC

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other _____ | $2,600,539.91 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $1,658,444.90 |
| For the fiscal year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $5,396,942.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

Debtor   EURO CONSTRUCTION, LLC _____    Case number *(if known)* _____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Cortes Plumbing<br>3415 E Canoga Ave<br>North Las Vegas, NV 89030 | | $9,638.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | SCP<br>4208 W Cheyenne Ave Suite 130<br>North Las Vegas, NV 89032 | | $17,666.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | Nellis Building Materials<br>2680 N Nellis Blvd<br>Las Vegas, NV 89115 | | $18,407.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| GMC Financial Leasing<br>PO Box 100<br>Buffalo, NY 14231 | 2005 GMC 3500 | 2024 | $19,000.00 |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | EURO CONSTRUCTION, LLC | Case number *(if known)* | |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Summit Funding Group, Inc. & Xtreme Financial Services v. Euro Construction LLC & Luis Basich<br>A-24-905996-B | Civil | District Court, Clark County, Nevada<br>200 Lewis Ave.<br>Las Vegas, NV 89155 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Bonnie S. Shemp v. Desert Springs Pools & Spas Inc. et al<br>CV24-0092 | Civil | Fifth Judicial District Court, Nye County, Nevada<br>1520 E Basin Ave Suite 105<br>Pahrump, NV 89060 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | McKenzie Capital LLC vs. Euro Construction LLC<br>2024-014354-CA-01 | Civil | 11th Judicial Circuit, Miami-Dade County, Florida<br>Miami, FL | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| Compressor, Compactor, Concrete Saw | $0 | June 2024 | $25,500.00 |
| 2020 Reinert Pump XR single axle | 0 | 2024 | $65,000.00 |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    EURO CONSTRUCTION, LLC _____    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Goldsmith & Guymon, P.C. 2055 Village Center Circle Las Vegas, NV 89134 | | 7/15/2024; 7/23/2024; 12/16/2024; 12/19/2024 | $30,000.00 |
| | **Email or website address** goldguylaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcy**

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ☒ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If   debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ☒ No.
   ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

Debtor    EURO CONSTRUCTION, LLC _____    Case number *(if known)* _____

**profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    EURO CONSTRUCTION, LLC                                    Case number *(if known)*

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Landa Professional Services<br>2525 W Charleston Blvd #100<br>Las Vegas, NV 89102 | 2019-2024 |
| 26a.2. | Business Quality Services, LLC | 2024-2025 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Landa Professional Services<br>2525 W Charleston Blvd #100<br>Las Vegas, NV 89102 | |
| 26c.2. | Business Quality Services LLC | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    EURO CONSTRUCTION, LLC                          Case number *(if known)*

☒ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Jose Alfredo Barrientos Escobedo | 6111 Forest Park Dr. Las Vegas, NV 89156 | Managing Member | 37.5 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Luis Basich | 10152 Springside St North Las Vegas, NV 89031 | Managing Member | 25 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Arturo Tapia Ramirez | 3940 Colonial Field Ave North Las Vegas, NV 89031 | Managing Member | 37.5 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | Arturo Tapia Ramirez | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

Debtor    EURO CONSTRUCTION, LLC    Case number *(if known)*

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      January 28, 2025

/s/   Arturo Tapia Ramirez                                  Arturo Tapia Ramirez
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor      Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## District of Nevada

In re   EURO CONSTRUCTION, LLC                              Case No. _____
                                    Debtor(s)               Chapter      11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Arturo Tapia Ramirez<br>3940 Colonial Field Ave.<br>North Las Vegas, NV 89031 | | | |
| Jose Alfredo Barrientos Escobedo<br>6111 Forest Park Dr.<br>Las Vegas, NV 89156 | | | |
| Luis Basich<br>10152 Springside St.<br>Las Vegas, NV 89178 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   January 28, 2025                    Signature   /s/ Arturo Tapia Ramirez
                                                        Arturo Tapia Ramirez

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re   EURO CONSTRUCTION, LLC

Debtor(s)

Case No.

Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ........................................................ $ _____

Prior to the filing of this statement I have received ....................................... $ _____

Balance Due ................................................................................................... $ _____

☒ **RETAINER**

For legal services, I have agreed to accept and received a retainer of.......................... $          30,000.00

The undersigned shall bill against the retainer at an hourly rate of................................ $             550.00
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

TBD

2.   The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation in adversary proceedings, oppositions to motions filed, objections to exemptions, reaffirmation agreements, motions to convert or dismiss, and 2004 examinations.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

January 28, 2025

*Date*

/s/ Marjorie Guymon

Marjorie Guymon
*Signature of Attorney*
Goldsmith & Guymon, PC
2055 Village Center Circle
Las Vegas, NV 89134-6251
(702) 873-9500   Fax:
info@goldguylaw.com
*Name of law firm*

# United States Bankruptcy Court
## District of Nevada

In re   EURO CONSTRUCTION, LLC                  Case No. _____

                        Debtor(s)         Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   January 28, 2025            /s/ Arturo Tapia Ramirez

                                Arturo Tapia Ramirez/Managing Member
                                Signer/Title

```
Marjorie Guymon
2055 N Village Center Circle
Las Vegas, NV 89134


Amanda M. Perach, Esq.
McDonald Carano LLP
2300 W. Sahara Ave. #1200
Las Vegas, NV 89102


Amanda Perach, Esq
McDonald Carano LLP
2300 W. Sahara Ave. #1200
Las Vegas, NV 89102


Amanda Perach, Esq.
McDonald Carano LLP
2300 W. Sahara Ave. #1200
Las Vegas, NV 89102


Arturo Tapia Ramirez


Bonnie S. Shemp
c/o Kirk N. Walker, Esq.
400 South 4th Street, Suite 500
Las Vegas, NV 89101


Cardona & Cardona, LLC
1565 W Brooks Ave
North Las Vegas, NV 89032


Caterpillar Financial Services
2120 West End Ave. P.O. Box 340001
Nashville, TN 37203


CEMEX
2051 Royal Ave.
Simi Valley, CA 93065


Chrysler Capital
P.O. Box 660335
Dallas, TX 75266


Conceptos Concrete, Inc.
c/o Leonard T. Fink, Esq.
9075 W. Diablo Drive, Suite 302
Las Vegas, NV 89148


CT Corporation System
Attn: SPRS
330 N. Brand Blvd., Suite 700
Glendale, CA 91203


Desert Springs Pools & Spas, Inc.
c/o Matthew D. Peterdy, Esq.
600 S. Las Vegas Blvd., Suite 400
Las Vegas, NV 89101
```

```
Empire Southwest LLC
PO Box 842381
Los Angeles, CA 90084-2381


Empire Southwest, LLC
P.O. Box 842381
Los Angeles, CA 90084


Enterprise Rent-A-Car
P.O. Box 801988
Kansas City, MO 64180


GMC Financial Leasing
P.O. Box 100
Buffalo, NY 14231


Internal Revenue Service
Attn: Bankruptcy Department
Stop 5028 110 City Parkway
Las Vegas, NV 89101


Lowe's
6050 West Craig Road
Las Vegas, NV 89130


Luis Roberto Basich
10152 Springside St.
Las Vegas, NV 89178


Luis Roberto Basich
10152 Springside
Las Vegas, NV 89178


McKenzie Capital
3390 Mary Street, Suite 310
Miami, FL 33133


Nevada Department of Taxation
Bankruptcy Section
700 E. Warm Springs Rd. Ste 200
Las Vegas, NV 89119


Regus
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169


Robertson's
P.O. Box 3600
Corona, CA 92878


SCP
P.O. Box 60130
City of Industry, CA 91716
```

Sierra Ready Mix
4150 Smiley Rd.
North Las Vegas, NV 89081


State Farm
PO Box 106171
Atlanta, GA 30348-6171


Summit Funding Group
P.O. Box 402
Middletown, OH 45042


TD Auto Finance
P.O. Box 100295
Columbia, SC 29202


US Small Business Administration
10737 Gateway West, #300
El Paso, TX 79935


Vegas Stone Brokers LLC
8801 South Vegas Blvd.
Las Vegas, NV 89123


Wells Fargo Vendor Financial Services
P.O. Box 105743
Atlanta, GA 30348

## United States Bankruptcy Court
### District of Nevada

In re    EURO CONSTRUCTION, LLC

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   EURO CONSTRUCTION, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

January 28, 2025

Date

/s/ Marjorie Guymon

Marjorie Guymon

Signature of Attorney or Litigant

Counsel for   EURO CONSTRUCTION, LLC

Goldsmith & Guymon, PC
2055 Village Center Circle
Las Vegas, NV 89134-6251
(702) 873-9500  Fax:
info@goldguylaw.com